| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>PATRICK WILLIAM SNYDER, CSBN 260690 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 977-8927 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: Patrick.Snyder@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ALEJANDRO JUAN INEZ MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 1:11-cv-01353 SMS<br><br>**STIPULATION FOR EXTENSION OF TIME; ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 11, 2012. The response is currently due on March 12, 2012. This extension is being sought because of the unavoidable transfer of this assignment and because the Commissioner needs further time to prepare the response to the Complaint. This is the Commissioner's first extension request.

//

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 9, 2012                    */s/ Robert Decker Christenson*
                                        _____
                                        ROBERT DECKER CHRISTENSON
                                        (as authorized via email on March 9, 2012)
                                        Attorney at Law
                                        Attorney for Plaintiff

Dated: March 12, 2012                   BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                        By:
                                        */s/ Patrick William Snyder*
                                        _____
                                        PATRICK WILLIAM SNYDER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   March 14, 2012**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE