BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ALEJANDRO JUAN INEZ MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:11-cv-01353 SMS<br><br>**STIPULATION FOR EXTENSION OF TIME; ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 11, 2012. The response is currently due on March 12, 2012. This extension is being sought because of the unavoidable transfer of this assignment and because the Commissioner needs further time to prepare the response to the Complaint. This is the Commissioner's first extension request.

//

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 9, 2012        */s/ Robert Decker Christenson*

ROBERT DECKER CHRISTENSON
(as authorized via email on March 9, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: March 12, 2012        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Patrick William Snyder*

PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   March 14, 2012**        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE